UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-22288-RAR

**CRISTOBAL RENE COLON OCHOA**,

    Petitioner,

v.

**PAM BONDI**, *in her official capacity as*
*U.S. Attorney General*,

    Respondent.
_____/

**ORDER OF DISMISSAL**

    **THIS CAUSE** comes before the Court upon Petitioner's Motion for Voluntary Dismissal ("Motion"), [ECF No. 11], filed on June 24, 2025. Petitioner seeks to voluntarily dismiss his habeas petition. Mot. at 1. This Court, under Rule 41(a) of the Federal Rules of Civil Procedure, can grant Petitioner's request. The Court being fully advised, it is hereby

    **ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED**. All pending deadlines are hereby **TERMINATED**. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Miami, Florida, this 24th day of June, 2025.

                                             **RODOLFO A. RUIZ II**
                                             **UNITED STATES DISTRICT JUDGE**